# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00643-CR
### NO. 03-23-00644-CR

---

**Abraham Kulor, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### NOS. D-1-DC-23-300497 & D-1-DC-23-300495
### THE HONORABLE KAREN SAGE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Abraham Kulor seeks to appeal from his judgments of conviction for murder. *See* Tex. Penal Code § 19.02. The trial court has certified that these are plea-bargain cases and that Kulor has no right of appeal. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed: January 19, 2024

Do Not Publish